Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Absolute Painting II, Inc.
Debtor

Case No.: 18−20774−KCF
Chapter 7

Barry R Sharer
Plaintiff

v.

Toll Brothers, Inc.
Defendant

Adv. Proc. No. 19−01959−KCF

Judge: Kathryn C. Ferguson

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 17, 2020
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Sharer,
Plaintiff

Adv. Proc. No. 19-01959-KCF

Toll Brothers, Inc.,
Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-3　User: admin　Page 1 of 1　Date Rcvd: Apr 17, 2020
Form ID: 148　Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.

aty +Mitchell J. Malzberg,, Law Offices Of Mitchell J. Malzberg, LLC, PO BOX 5122, 6 E. Main Street, Suite 7, Clinton, NJ 08809-2627
pla +Barry R Sharer, Suite 105B, 1103 Laurel Oak Road, Voorhees, NJ 08043-4376
dft +Toll Brothers, Inc., Attn: Thomas C. Jamieson, Jr., Agent, 300 Alexander Park, Princeton, NJ 08540-6396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 23:22:30 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 23:22:29 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235

TOTAL: 2

***** BYPASSED RECIPIENTS *****

NONE.　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:

Mitchell Malzberg on behalf of Plaintiff Barry R Sharer mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
William Aaron Lesser on behalf of Defendant Toll Brothers, Inc. wlesser@cozen.com, gburwa@cozen.com

TOTAL: 2